UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

**FILED**
05/17/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

David Jason Taylor,
　Plaintiff,
v.
Indianapolis Metro Police Dept., et.al.,
　Defendants,

Cause No.: 1:23-CV-59-JPH-TAB

### Motion To Dismiss Civil Action

Plaintiff, David Jason Taylor, Pro-Se, hereby moves for this cause of action to be dismissed. Plaintiff respectfully requests this court GRANT this motion and ORDER this matter dismissed.

Dated: 5-12-2023

Respectfully,

David Jason Taylor
c/o Henderson Co. Det. Ctr.
380 Borax Dr.
Henderson, KY
42420