UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID JASON TAYLOR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cv-00059-JPH-TAB ) |
| RYAN GOOTEE IMPD Detective, MOSS Officer, K. HARTMAN Officer, JENNIFER ASHER, THOMAS BORGMAN, MITCHELL FARNSLEY, CHAD GIBSON, ANDREW GIRT, GARTH SCHWOMEYER, JACOB TRANCHANT, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**ENTRY RECOGNIZING VOLUNTARY DISMISSAL**

David Taylor has filed a motion to voluntarily dismiss this civil right lawsuit. Because no Defendant has answered the complaint, the Court construes the motion as a notice being filed pursuant to Federal Rule of Civil Procedure 41(a)(1). Therefore, the motion is **GRANTED**, dkt. [15], to the extent that this action is **dismissed without prejudice**.

The **Clerk is directed** to close this case.

**SO ORDERED.**

Date: 5/22/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

DAVID JASON TAYLOR
HENDERSON

Henderson County Detention Center
380 Borax
Henderson, KY 42420

Kiely C Keesler
City of Indianapolis Office of Corporation Counsel
kiely.keesler@indy.gov